

**Matthew J. Mehnert**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x223
mmehnert@guerciolaw.com

July 29, 2025

**Via ECF**

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *R.G. et al. v. Blind Brook-Rye UFSD*
      Docket No. 25-cv-02199 (KMK)

Dear Judge Karas,

  This firm represents the Blind Brook-Rye Union Free School District ("the District") in the above-referenced matter. I write with the consent of opposing counsel to request a modification of Your Honor's May 13, 2025 scheduling order in this matter setting the briefing schedule for the parties' respective motions for summary judgment. This is the first request for a modification of that scheduling order and is necessitated because the attorney from my office who is handling this matter, Douglas Spencer, is presently experiencing a health issue requiring medical care and treatment.

  Following discussion with opposing counsel, the parties have agreed upon the following proposed modification to the motion briefing schedule:

- The District's opposition to Plaintiff's motion for summary judgment and cross-motion will be served no later than August 22, 2025;
- Plaintiff's reply in further support of their summary judgment motion and in opposition to the District's cross-motion to be served no later than September 26, 2025;
- The District's reply in further support of its cross-motion to be served no later than October 24, 2025;
- All parties will be responsible to provide a copy of their respective papers to the Court on October 24, 2025.

The Court's consideration of this request and continuing attention to this matter is greatly appreciated.

Very truly yours,

GUERCIO & GUERCIO LLP

*Matthew J. Mehnert*

MATTHEW J. MEHNERT

cc:   Paul Barger, Esq.

So Ordered.
7/29/25