

**Guercio & Guercio LLP**
ATTORNEYS AT LAW

**Matthew J. Mehnert**
*Partner*
77 Conklin Street
Farmingdale, New York 11735
(516) 694-3000 x223
mmehnert@guerciolaw.com

August 21, 2025

**Via ECF**

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *R.G. et al. v. Blind Brook-Rye UFSD*
     Docket No. 25-cv-02199 (KMK)

Dear Judge Karas,

  This firm represents the Blind Brook-Rye Union Free School District ("the District") in the above-referenced matter. I write with the consent of opposing counsel to request a modification of Your Honor's May 13, 2025 scheduling order, as modified by a July 29, 2025 order, setting the briefing schedule for the parties' respective motions for summary judgment. This is the second request for a modification of that scheduling order, the first having been granted by the Court on July 29, 2025.

  The instant request is occasioned by the fact that the parties have been actively engaged in settlement discussion and are presently working toward a written agreement that would bring this matter to a conclusion without further need for litigation. The parties believe that, in light of the progress made to this end, it is critical to focus their time and attention on the written agreement rather than further motion practice at this point.

  Following discussion with opposing counsel, the parties have agreed upon the following proposed modification to the motion briefing schedule, assuming the parties are unsuccessful in finalizing the terms of a settlement:

- The District's opposition to Plaintiff's motion for summary judgment and cross-motion will be served no later than September 22, 2025;
- Plaintiff's reply in further support of their summary judgment motion and in opposition to the District's cross-motion to be served no later than October 27, 2025;

- The District's reply in further support of its cross-motion to be served no later than November 21, 2025;
- All parties will be responsible to provide a copy of their respective papers to the Court on November 21, 2025.

The Court's consideration of this request and continuing attention to this matter is greatly appreciated.

Granted.

So Ordered.

*[signature]*

8/21/25

Very truly yours,

GUERCIO & GUERCIO LLP

*Matthew J. Mehnert*

MATTHEW J. MEHNERT

cc:   Paul Barger, Esq.