UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.G. AND L.G., INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS ON BEHALF OF L.G., AND L.G. INDIVIDUALLY,

Plaintiff,

-against-

BLIND BROOK-RYE UNION FREE SCHOOL DISTRICT,

Defendant.

25 CIVIL 2199 (KMK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, Plaintiffs' motion for summary judgment is denied, and Defendant's Cross-Motion for Summary Judgment is granted. Accordingly, judgment is entered in favor of Defendant and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**