BARGER & GAINES

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

October 27, 2026

**Re: *R.G. and L.G. v. Blind Brook-Rye Union Free School District*, No. 25-CV-2199 (KMK)**

Dear Judge Karas:

This office represents Plaintiffs. Pursuant to the Court's September 28, 2026 Opinion & Order (Dkt. No. 19) and Section IX.A of Your Honor's Individual Rules of Practice, Plaintiffs respectfully submit proposed redactions to the Opinion.

The proposed redactions are narrow. They cover ten short passages on pages 4, 21, 25, 27, and 28 of the Opinion that refer to L.G.'s suicidal ideation, a related risk assessment, and the severity of her anxiety. The Court's legal analysis and reasoning remain public in full.

L.G. is a minor, and these passages describe her mental health. Their disclosure could cause her lasting harm and would add nothing to the public's understanding of the Court's decision. Her privacy interest in these specific details outweighs the presumption of public access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Plaintiffs provided the proposed redactions to counsel for the Defendant District on October 13, 2026. By letter dated October 23, 2026, counsel for the District advised that the District takes no position on the proposed redactions and has no proposed redactions of its own.

Consistent with the Individual Rules, Plaintiffs are publicly filing a copy of the Opinion with the proposed redactions applied, and are filing under seal an unredacted copy with the proposed redactions highlighted. We thank the Court for its attention to this matter.

Respectfully submitted,

**BARGER & GAINES**

New Jersey
21 Cedar Ave.
Suite 204
Fair Haven, NJ 07704
**P:** (908) 242-3635
**F:** (908) 242-3903

New York
1 Bridge St.
Suite 15
Irvington, NY 10533
**P:** (914) 902-5918
**F:** (914) 902-5917

Connecticut
101 Merritt 7 Corp. Park
Suite 300
Norwalk, CT 06851
**P:** (203) 883-6200
**F:** (914) 902-5917

Michigan
2723 South State St.
Suite 105
Ann Arbor, MI 48104
**P:** (248) 469-4920
**F:** (914) 902-5917

BARGER & GAINES

Paul N. Barger, Esq.
*Attorneys for Plaintiffs*

cc: Douglas A. Spencer, Esq. (via ECF)

The Court has reviewed Plaintiff's proposed redactions and finds that the redactions serve compelling interests that outweigh the First Amendment and common law rights of access to the redacted material. For these reasons, Plaintiff's motion is GRANTED.

So ordered.

October 28, 2026